# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

CHRISTINO RENION,

|  |  |
|---|---|
| | ) |
| *Plaintiff* | ) |
| v. | ) |
| JEFFERY A. UTTECHT, | ) |
| | ) |
| *Defendant* | |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Aug 07, 2019

SEAN F. McAVOY, CLERK

Civil Action No.   1:19-CV-3043-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   The Petition (ECF No. 1) is DISMISSED WITH PREJUDICE.
Judgment is entered for the Respondent.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge _____ ROSANNA MALOUF PETERSON _____ on a petition for writ of habeas corpus.

Date:  8/7/2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Tonia Ramirez

*(By) Deputy Clerk*

Tonia Ramirez